# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARBJIT DHESI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ATI MEDICAL WASTE MANAGEMENT SERVICES, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.: 3:17-cv-06446-JST<br><br>~~[PROPOSED]~~ ORDER RE STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING AND RELATED DEADLINES |

# ORDER

The Court, having reviewed the Stipulation between Defendant ATI Medical Waste Management Services ("ATI") and Plaintiff Sarbjit Dhesi (collectively with ATI, the "Parties") filed on March 19, 2018 (Dkt. No. 15), and finding good cause, hereby issues an order to continue the Initial Case Management Conference from April 18, 2018 at 2:00 p.m., to May 9, 2018 at 2:00 p.m. The Parties are further ordered to file their Joint Case Management Statement no later than 7 calendar days prior to the continued hearing date.

**IT IS SO ORDERED.**

Dated: April 6, 2018

_____
UNITED STATES DISTRICT JUDGE